Valerie L. Kramer (SBN 116,833)
HEINLY, BENSON, KILLIAN & KRAMER
An Association of Attorneys
Other Than a Partnership
507 E. First Street, Suite E
Tustin, CA 92780
Telephone: (714) 544-8600
Facsimile: (714) 544-8636

Darrell L. Olson (SBN 77,633)
Jesse A. Rothwell (SBN 217,700)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendants
REALYS, INC. and MICHAEL FALLEY





X Priority
X Send
___ Clsd
~~___ Enter~~
~~___ JS-5/JS-6~~
___ JS-2/JS-3

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RUDOLPH INTERNATIONAL, INC., a California corporation, dba SOFT TOUCH PROFESSIONAL BEAUTY PRODUCTS,<br><br>Plaintiff,<br><br>v.<br><br>REALYS, INC., a California corporation, aka TROPICAL SHINE, MICHAEL FALLEY, individually and as alter ego of REALYS, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No.<br>SACV03-1247 AHS (MLGx)<br><br>[~~PROPOSED~~] JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: ~~February 14~~ March 14, 2005<br>Time: 10:00 a.m.<br>Ctrm: 10A |



WHEREAS, the "Motion for Summary Judgment" (the "Motion") of Defendants Realys, Inc., et al ("Defendants") came on regularly for hearing before this Court on ~~February~~ March 14, 2005, the Honorable Alicemarie H. Stotler, presiding;

WHEREAS, the Court having considered the papers and pleadings on file and arguments of counsel, and all other matters presented to the Court, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion is GRANTED.

The Court has this date modified and signed defendants' proposed statement of uncontroverted facts and conclusions of law, which is ordered filed under seal.

Dated: 3-21-05

The Honorable Alicemarie H. Stotler
United States District Judge

Proposed by:

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 1/17/05    By: _____
Darrell L. Olson
Jesse A. Rothwell

Attorneys for Defendants, REALYS, INC. and MICHAEL FALLEY

DLO-3605 DOC
011705

-1-