FILED
CLERK, U.S. DISTRICT COURT
MAR 2 4 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 2 5 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send    X
Enter    X
Closed ___
JS-5/JS-6   X
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RUDOLPH INTERNATIONAL, INC., etc.<br><br>        Plaintiff,<br><br>  v.<br><br>REALYS, INC., etc., et al.<br><br>        Defendants. | SA CV 03-1247 AHS (MLGx)<br><br><br><br>JUDGMENT |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

    Defendants' motion for summary judgment came on regularly for hearing before the Court, the Honorable Alicemarie H. Stotler, District Judge, presiding, and the matter having been duly heard and considered and decision having been duly rendered,

//
//
//
//

77

IT IS ORDERED AND ADJUDGED:

that plaintiff shall take nothing from defendants, that the action shall be dismissed with prejudice, and that defendants shall recover their costs of suit.

DATED: March 24, 2005.

*[signature]*
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

S:\AHS\lbh\Judgments\Rudolph International, Inc., etc. v. Realys, Inc.MSJ.wpd

2